BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. BOX 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131
besshelena@earthlink.net

Attorneys for Plaintiff

*E-FILED 03-14-2011*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA VANCIL<br>xxx-xx-3838<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No. CIV-10-4792 HRL<br><br>~~[PROPOSED]~~<br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT AND DECLARATION**<br><br>[Re: Docket No. 17] |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from its current due date of March 14, 2011, to April 12, 2011. This is plaintiff's first request for an extension of time and is required due to plaintiff's counsel's impacted briefing schedule. *See*, Declaration of Bess M. Brewer set forth below

/ / /

/ / /

/ / /

1

| | | |
|---|---|---|
| Dated: March 10, 2011 | | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | | Attorney for Plaintiff |
| Dated: March 10, 2011 | | Benjamin B. Wagner<br>United States Attorney<br>*/s/ Shea Bond*<br>SHEA BOND |
| | | Special Assistant U.S. Attorney<br>Attorney for Defendant |

## **DECLARATION OF BESS M. BREWER**

**DECLARATION OF BESS M. BREWER**

I, Bess M. Brewer, Declare:

    1.    I represent the plaintiff in the above referenced case pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file her motion for summary judgment.

    2.    Due to my extremely busy briefing schedule and need to give older cases briefing priority, I will require additional time to complete Ms. Vancil's Motion for Summary Judgment and Memorandum.

    3.    This is my first request for an extension of time to file Ms. Vancil's summary judgment and the granting of this stipulated request will not have an appreciable effect on the briefing of this case.

    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on March 9, 2011, in Sacramento, California.

                                            /s/ Bess M. Brewer
                                            BESS M. BREWER

**ORDER**

APPROVED AND SO ORDERED.

DATED: March 14, 2011

_____
HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE