BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. BOX 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131
besshelena@earthlink.net

Attorneys for Plaintiff

*E-FILED 04-18-2011*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA VANCIL<br>xxx-xx-3838<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No.  CIV-10-4792 HRL<br><br>[PROPOSED]<br>STIPULATION AND ORDER<br>EXTENDING PLAINTIFF'S TIME TO<br>FILE MEMORANDUM IN SUPPORT<br>OF SUMMARY JUDGMENT AND<br>DECLARATION<br><br>[Re:  Docket No. 19] |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from its current due date of  April 12, 2011, to April 19, 2011.  This short additional extension of time is required due to plaintiff's counsel's need to be in Connecticut through April 15, 2011.  *See*, Declaration of Bess M. Brewer set forth below

/ / /

/ / /

/ / /

1

| | | |
|---|---|---|
| Dated: April 11, 2011 | | /s/Bess M. Brewer |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |
| Dated: April 12, 2011 | | Benjamin B. Wagner |
| | | United States Attorney |
| | | /s/ Shea Bond |
| | | SHEA BOND |
| | | Special Assistant U.S. Attorney |
| | | Attorney for Defendant |

## DECLARATION OF BESS M. BREWER

**DECLARATION OF BESS M. BREWER**

I, Bess M. Brewer, Declare:

    1.    I represent the plaintiff in the above referenced case pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file her motion for summary judgment.

    2.    Plaintiff's brief is due Tuesday, April 11, 2011. However, I am scheduled to be in Hartford, Connecticut until April 15, 2011. I thought I would be able to complete Ms. Vancil's brief before my departure but will not be able to do so.

    3.    The requested short additional extension will not have an appreciable effect on the briefing of this case.

    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on April 11, 2011, in Sacramento, California.

                                                /s/ Bess M. Brewer
                                                BESS M. BREWER

1 **ORDER**

2

3  APPROVED AND SO ORDERED.

4

5  DATED:   April 18, 2011

6  _____
   HONORABLE HOWARD R. LLOYD
7  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28