**\*\* E-filed January 3, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA VANCIL, | No. C10-04792 HRL |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

This action having come before the court on the parties' cross-motions for summary judgment and the court having granted plaintiff's motion in part, IT IS ORDERED AND ADJUDGED THAT the Commissioner's final decision is remanded pursuant to sentence four of 42 U.S.C. § 405(g). This constitutes a final judgment under Federal Rule of Civil Procedure 58, and closes the case and terminates all pending motions.

**IT IS SO ORDERED.**

Dated: January 1, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  **C10-04792 HRL Notice will be electronically mailed to:**

2  Bess M. Brewer           besshelena@earthlink.net
   Shea Lita Bond           shea.bond@ssa.gov

3

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28